# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY JOHNSON, ) | |
| ) | Cause No. 1:16-cv-00320-DKL-SEB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STALCOP, LLC ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now grants same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, costs paid.

SO ORDERED this 08/19/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution via the Court's electronic notification system to the following:

Jason R. Ramsland
Brian A. Karle
BALL & EGGLESTON, PC
jramsland@ball-law.com
bkarle@ball-law.com

Heather L. Wilson
Jennifer A. Rulon
FROST BROWN TODD LLC
hwilson@fbtlaw.com
jrlon@fbtlaw.com

LR00005.0634731   4843-5105-5918v1